NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Kristen Lake Cardoso (CA Bar No. 338762)
Kopelowitz Ostrow Ferguson Weiselberg Gilbert
1 W. Las Olas Blvd., Suite 500
Ft. Lauderdale, FL 33301
Tel: (954) 525-4100

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Erin Del Toro and Louisa Romo, | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 8:24-CV-00573 |
| v. | |
| Crown Laboratories, Inc. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for __Plaintiffs__ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Erin Del Toro | Plaintiff |
| Louisa Romo | Plaintiff |
| Crown Laboratories, Inc. | Defendant |

March 21, 2024
Date

/s/ Kristen Lake Cardoso
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs